# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE GIFFIN, | No. 4:18-CV-00544 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Schwab) |
| NORTHUMBERLAND COUNTY and THE NORTHUMBERLAND COUNTY PRISON, | |
| Defendant. | |

## ORDER

### MARCH 15, 2019

On February 19, 2019, Magistrate Judge Susan E. Schwab issued a Report and Recommendation recommending that this Court grant Defendants' Motion to Dismiss. Objections to this Report and Recommendation were due by March 5, 2019, but none were filed. This Court has reviewed the Report and Recommendation, and finds no clear error on the face of the record.

Therefore, **IT IS HEREBY ORDERED** that

1. Magistrate Judge Schwab's Report and Recommendation, ECF No. 7, is **ADOPTED IN ITS ENTIRETY**.

2. Defendant's Motion to Dismiss, ECF No. 3, is **GRANTED**.

3. Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**.

4. Plaintiff is **GRANTED LEAVE** to amend her complaint to correct the deficiencies identified by Magistrate Judge Schwab in the Report and Recommendation.

5. However, if Plaintiff fails to file an amended complaint by April 12, 2019, the Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge